# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JACKSON NATIONAL LIFE INSURANCE COMPANY, | ] ] ] |
| PLAINTIFF, | ] ] ] NO. 3:14-CV-01924 |
| VS. | ] ] ] JUDGE TRAUGER |
| CYNTHIA MEDLIN POOLE, et. al., | ] ] |
| DEFENDANTS. | ] |

## AGREED ORDER OF COMPROMISE AND SETTLEMENT AND DISBURSEMENT OF FUNDS

It appearing to the Court from signatures of Counsel for the remaining parties to this action; to wit: Arthur E. McClellan for Cynthia M. Poole, J. Graham Matherne for Jere Cowan and Charles A. Poole, Jr. and John R. McCann for Forethought Capital Funding, Inc., that all matters in controversy have been fully compromised and settled;

It is therefore the ORDER of the Court that the Clerk shall disburse the remaining funds on deposit with the Court as follows:

- the sum of $6,765.32 shall be paid to Forethought Capital Funding, Inc., with that check sent to its attorney, John R. McCann;

- the sum of $27,061.38 shall be paid to Jere Cowan and Charles A. Poole, Jr., with separate checks of $13,530.69 made payable to Ms. Cowan and Mr. Poole, Jr. respectively and sent to their attorney, Graham Matherne; and,

- the remaining balance of approximately $56,377.91 shall be paid to Cynthia M. Poole, with that check sent to her attorney, Arthur E. McClellan.

It is further ORDERED that upon the disbursement of the foregoing funds, that this action shall be dismissed with prejudice as to claims made or which could have been made relating to the

subject matter of the action and the parties to this action shall have no other or further causes of action at law or equity relating, in any way, to the proceeds of the Jackson National Life Insurance Company Policy No. 0025782420, said issue being previously addressed in the Court's Order of January 22, 2015 (Docket Entry 43), wherein the Court permanently enjoined the parties, their heirs, assigns, beneficiaries and/or attorneys from filing or prosecuting any action apart from the instant action.

ENTERED this the 11th day of March, 2015.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT COURT

APPROVED FOR ENTRY:

McCLELLAN, POWERS, EHMLING & ROGERS, P.C.

*/s/ Arthur E. McClellan*
ARTHUR E. McCLELLAN (2590)
ATTORNEY FOR CYNTHIA M. POOLE
116 PUBLIC SQUARE
GALLATIN, TN 37066
(615) 452 5872
aemcclellan@bellsouth.net

*/s/ J. Graham Matherne*
Mr. J. Graham Matherne
WYATT, TARRANT & COMBS, LLP
2525 West End Ave., Ste. 1500
Nashville, TN 37203
gmatherne@wayttfirm.com
*Counsel for Charles Poole and*
*Jere Cowan*

*/s/ John R. McCann*
John R. McCann
BURSH, PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN 38103
(901)-524-5000
jmccann@BPJLAW.com
*Counsel for Forethought Capital Funding*